

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00303-CV

_____

PEER STEFFENSEN AND HANNE STEFFENSEN, Appellants

V.

STEVEN JERACI AND ANDREA JERACI, Appellees

On Appeal from the 477th District Court
Denton County, Texas
Trial Court No. 23-5560-16

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 6, 2026